**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DEBORAH M. FOX, | ) | Case No. 2:12-cv-01153-JCM-PAL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | (IFP App - Dkt. #1) |
| | ) | |
| MERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff Deborah M. Fox is proceeding in this action pro se and submitted an Application to Proceed In Forma Pauperis (Dkt. #1) on July 2, 2012. This proceeding was referred to this court by Local Rule IB 1-9.

    Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court. The court may authorize the commencement of an action without prepayment of fees and costs or security by a person who makes affidavit that he is unable to pay such costs or give security. *See* 28 U.S.C. § 1915(a). Plaintiff has submitted the affidavit required by § 1915(a). The affidavit provides that Plaintiff is employed by Impulse Beauty Salon in Las Vegas, Nevada, her take home pay is $1080.00 per month, and she has $200.00 in cash or in a bank account. Plaintiff lists her expenses are $605.00 per month, although she has not included groceries or other regular monthly expenses beyond her car payment and her utility bills. Additionally, Plaintiff has not stated responded to Question 7, which asks whether Plaintiff has any dependents, although her Motion to Reconsider (Dkt. #6) indicates she is responsible for raising her granddaughter.

    Although it appears Plaintiff qualifies to proceed in forma pauperis, the court cannot evaluate Plaintiff's incomplete application.

/ / /

/ / /

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank application for litigants who are not incarcerated, and Plaintiff shall have until **September 14, 2012,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.
3. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 14th day of August, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE