UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH M. FOX,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>　　　　Defendants. | 2:12-CV-1153 JCM (PAL) |

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge Leen (doc. # 10). No objections have been filed even though the deadline date for filing objections to the report and recommendation has come and gone.

Magistrate Judge Leen recommended that plaintiff Deborah M. Fox's application to proceed *in forma pauperis* be denied and the accompanying action be dismissed without prejudice. (Doc. # 10). Plaintiff filed an incomplete application to proceed *in forma pauperis*, and Magistrate Judge Leen could not determine if plaintiff qualified to proceed *in forma pauperis*. (*See id.*). Magistrate Judge Leen denied the application, directed the clerk of the court to mail plaintiff a new application, and allowed plaintiff to file a completed application or pay the $350 filing fee. Plaintiff was warned that failure to comply would result in a recommendation of dismissal. Plaintiff never complied.

**James C. Mahan**
**U.S. District Judge**

1    This court "may accept, reject, or modify, in whole or in part, the findings or
2 recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Upon reviewing the
3 recommendation, this court finds good cause appears to ADOPT the magistrate's findings in full.
4    Accordingly,
5    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and
6 recommendation by Magistrate Judge Leen (doc. # 10) be, and the same hereby is, ADOPTED in
7 its entirely.
8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the action be
9 DISMISSED without prejudice.
10   DATED November 9, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -